UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Wilma Manzano,<br><br>                              Plaintiff(s),<br><br>                v.<br><br>Midland Credit Management, Inc.<br><br>                              Defendant(s). | Case No: 2:21-cv-9787-CCC-JSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Wilma Manzano and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) Midland Credit Management, Inc. .

DATED: October 13, 2021

**BARSHAY, RIZZO & LOPEZ, PLLC**

By:  s/ *Todd D. Muhlstock*
Todd D. Muhlstock, Esquire
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21165
*Attorneys for Plaintiff*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  10/14/2021